UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL LOUK,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 13-9305 AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: December 30, 2014

*Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge